**Order entered November 29, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00548-CR

**WALTER TROY LLOYD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1575605-U**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the July 17, 2017 motion of Sharita Blacknall for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Sharita Blacknall as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Walter Troy Lloyd, TDCJ No. 02066326, Allred Unit, 2101 FM 369 North, Iowa Park, Texas, 76367.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE